

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 24, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33097 and SD33114 (Consolidated)

     Re:    HOWARD LEE TURNER,
            Claimant-Appellant/Cross-Respondent,
            v.
            TURNPIKE TRANSIT, INC.,
            Employer-Respondent/Cross-Appellant,
            and
            NATIONAL INTERSTATE
            INSURANCE,
            Insurer-Respondent/Cross-Appellant,
            and
            TREASURER OF THE STATE OF
            MISSOURI AS CUSTODIAN OF THE
            SECOND INJURY FUND,
            Respondent.